# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| FRANCES APONTE and LEON J. APONTE, | Case No.: 16-10202-jkf |
| Debtors. | |

## NOTICE OF APPLICATION FOR COMPENSATION

........................................

### NOTICE IS GIVEN:

1. That an application for approval of counsel fees and itemized statement of services rendered on behalf of the above captioned-debtors has been filed by **Rex J. Roldan, Esquire, Washington Professional Campus, 900 Route 168, Suite I-4, Turnersville, New Jersey 08012.**

2. That counsel is requesting a fee in the sum of $3,310.00.

3. That the aforesaid application is on file with the Clerk United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA and is available there for inspection.

4. That any answer, objection, request for hearing or other responsive pleading to the application must be filed with the Court and served on counsel at the address shown above within 20 days of the date of this Notice.

5. That in the absence of any answer or objection, the Court may grant the relief requested.

Date: September 1, 2016

                                                      /s/ Rex J. Roldan  
                                                      Rex J. Roldan, Esquire, Applicant  
                                                      Attorney ID #: 71690  
                                                      Washington Professional Campus  
                                                      900 Route 168, Suite I-4  
                                                      Turnersville, New Jersey 08012  
                                                      (856) 232-1425  
                                                      Fax (856) 232-1025