## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| FRANCES APONTE and LEON J. | : | |
| APONTE, | : | Case No.: 16-10202-jkf |
| | : | |
| Debtor. | : | |

### CERTIFICATION OF NO RESPONSE

Rex J. Roldan, Esquire, attorney for Debtors, Frances Aponte and Leon J. Aponte, represents as follows:

1.     An Application for Compensation was filed on September 12016, and notice of same was given to Roberta A. DeAngelis, United States Trustee, William C. Miller, Esquire, Chapter 13 Standing Trustee, and Frances Aponte and Leon J. Aponte, debtors, and all creditors in interest.

2.     The time to answer or otherwise respond to the Application has expired, and no such response has been filed.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Dated: September 26, 2016

  /s/ Rex J. Roldan
Rex J. Roldan, Esquire, Applicant (I.D. #: 71690)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425
Fax (856) 232-1025

F:\Legal\bank\3330rr\services_no_response_cer.wpd