**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| FRANCES APONTE and LEON J. APONTE, | : | Case No.: 16-10202-jkf |
| | : | |
| Debtors. | : | |

**ORDER GRANTING APPLICATION FOR ATTORNEY'S FEES**

**AND NOW,** this 27th day of September, 2016 upon consideration of "APPLICATION FOR COMPENSATION" submitted by Rex J. Roldan, Esquire, counsel for the debtors, and, after Notice and a hearing, it is hereby

**ORDERED and DECREED** that the attorney's fee in the amount of $3,310.00 is approved.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
U.S. BANKRUPTCY COURT JUDGE

Andrew R. Vara, Acting United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Frances and Leon J. Aponte
1828 W. Ritner Street
Philadelphia, PA 19145

William C. Miller, Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Rex J. Roldan, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012