United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Frances Aponte  
Leon J. Aponte  
    Debtors

Case No. 16-10202-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Jan 19, 2021     Form ID: 138NEW     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Frances Aponte, Leon J. Aponte, 1828 W Ritner St, Philadelphia, PA 19145-3720 |
| cr | + | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 13659202 | | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 13659205 | | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 13659208 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 13659213 | + | TD Bank USA, NA, c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 13659214 | | TD Bank, USA, N.A., c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 13713977 | + | WELLS FARGO BANK NA, MAC F8235-02F, P.O. BOX 10438, DES MOINES, IA 50306-0438 |
| 13659215 | | Wells Fargo Bank, PO Box 14517, Des Moines, IA 50306-3517 |
| 13704590 | | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 13736018 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13746686 | | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13659203 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:43 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13667868 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 06:59:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13659206 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 06:51:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 13737697 | | Email/Text: bnc-quantum@quantum3group.com | Jan 20 2021 06:51:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13659204 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:00:40 | Cardmember Service, PO Box 15298, Wilmington, DE 19850-5298 |
| 13670876 | | Email/Text: camanagement@mtb.com | | |

Case 16-10202-elf    Doc 51    Filed 01/21/21    Entered 01/22/21 01:07:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 13659207 | | Email/Text: camanagement@mtb.com | Jan 20 2021 06:51:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| | | | Jan 20 2021 06:51:00 | M&T Bank, Lending Services, Customer Support, PO Box 900, Millsboro, DE 19966-0900 |
| 13711770 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2021 06:52:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13659209 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2021 06:52:00 | Midland Funding, LLC, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13659210 | | Email/Text: bnc@nordstrom.com | Jan 20 2021 06:51:32 | Nordstrom Bank, PO Box 6555, Englewood, CO 80155-6555 |
| 13659211 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:02:08 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4962 |
| 13689060 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:00:48 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13659212 | | Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 07:01:57 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 13669406 | + | Email/Text: bncmail@w-legal.com | Jan 20 2021 06:52:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13659216 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 20 2021 06:51:00 | WFNNB, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021           Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor M&T Bank agornall@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| REX J. ROLDAN | on behalf of Joint Debtor Leon J. Aponte Roldanlaw@comcast.net Roldanlaw1@gmail.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 30

REX J. ROLDAN
 on behalf of Debtor Frances Aponte Roldanlaw@comcast.net  Roldanlaw1@gmail.com

THOMAS I. PULEO
 on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

TRANG V TRUONG
 on behalf of Creditor Wells Fargo Bank  N.A. trangtruong@wellsfargo.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
 on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
 ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Frances Aponte and Leon J. Aponte
      Debtor(s)                                         Bankruptcy No: 16−10202−elf
                                                                            Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                            Suite 400
                      Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                           For The Court
                                                                                      Timothy B. McGrath
                                                                                          Clerk of Court

Dated: 1/19/21

                                                                                                                                             50 − 49
                                                                                                                                        Form 138_new